No. 10-6221. Freddie Demoris Bradley, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1012, 131 S. Ct. 526, 178 L. Ed. 2d 388, 2010 U.S. LEXIS 8504.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 377 Fed. Appx. 373.

No. 10-6222. Eric Cunningham, Jr., Individually and By and Through His Father and Next Friend, Eric Cunningham, Sr., Petitioner v. City of West Point, Mississippi.

562 U.S. 1012, 131 S. Ct. 526, 178 L. Ed. 2d 388, 2010 U.S. LEXIS 8587.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 380 Fed. Appx. 419.

No. 10-6225. Julius Dodson, Petitioner v. Brian Coleman, Superintendent, State Correctional Institution at Fayette, et al.

562 U.S. 1013, 131 S. Ct. 527, 178 L. Ed. 2d 388, 2010 U.S. LEXIS 8487.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Middle District, denied.

No. 10-6228. Joshua J. Rideout, Petitioner v. Eric H. Holder, Jr., Attorney General, et al.

562 U.S. 1013, 131 S. Ct. 527, 178 L. Ed. 2d 388, 2010 U.S. LEXIS 8588.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-6231. Suleiman A. Qazza, Petitioner v. A. P. Kane, Warden.

562 U.S. 1013, 131 S. Ct. 527, 178 L. Ed. 2d 388, 2010 U.S. LEXIS 8579,

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-6233. Malcolm T. Riley, Petitioner v. Supreme Court of Pennsylvania.

562 U.S. 1013, 131 S. Ct. 527, 178 L. Ed. 2d 388, 2010 U.S. LEXIS 8592,

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-6235. Jeremy Pinson, Petitioner v. J. Grimes, et al.

562 U.S. 1013, 131 S. Ct. 527, 178 L. Ed. 2d 388, 2010 U.S. LEXIS 8645.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 391 Fed. Appx. 797.

No. 10-6237. Ivan L. Matthews, Petitioner v. A. K. Scribner, Warden.

562 U.S. 1013, 131 S. Ct. 527, 178 L. Ed. 2d 388, 2010 U.S. LEXIS 8581.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.